| | AUSA: | Stephen Carr | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: | Wallace Richards | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:26−mj−30385 |
| v. | | Assigned To : Unassigned |
| Emari Jennings | Case No. | Assign. Date : 6/29/2026 |
| | | Description: CMP USA V. SEALED (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 20, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wallace Richards, Task Force Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  June 29, 2026

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Task Force Officer Wallace Richards, being duly sworn, do hereby state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Detective with the Detroit Police Department (DPD) and began my tenure with DPD on April 14, 2014. I am currently assigned to the ATF Detroit Field Office as a Task Force Officer (TFO), working directly with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). This partnership uses federal, state, and local resources to investigate the illegal use and possession of firearms. I have years of experience investigating robberies, felonious assaults, kidnappings, non-fatal shootings, and gun-related crimes (i.e. felon in possession of firearms and ammunition).

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing

probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. ATF is currently investigating Emari JENNINGS, (D.O.B. XX/XX/1997) for violations 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## PROBABLE CAUSE

4. I reviewed a computerized criminal history and Michigan Third Circuit Court records for JENNINGS, which revealed the following felony arrests and convictions:

a. On or about December 21, 2018, JENNINGS was charged with felony breaking or entering a building with intent. On March 27, 2019, JENNINGS failed to appear at a final pretrial conference and a warrant was issued for his arrest. Later, after being arrested in connection with another felony case, JENNINGS pleaded guilty as charged in Wayne County's Third Circuit Court. On August 26, 2025, JENNINGS was sentenced to probation.

b. On or about April 6, 2022, a federal grand jury sitting in the District of North Dakota returned an indictment charging

JENNINGS with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances and one count of Possession with Intent to Distribute Fentanyl. On or about August 22, 2023, JENNINGS pleaded guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. He was later sentenced to a term of 36 months' incarceration, followed by a four-year term of supervised release.

c. On or about June 10, 2026, JENNINGS, while on state probation and federal supervised release, was arrested in possession of a firearm. He was charged with carrying a concealed weapon, felon in possession of a firearm, felony firearm, and possession of a machinegun conversion device. This charge is pending in Wayne County's Third Circuit Court.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time JENNINGS has spent incarcerated or under

supervision as a result of his felony convictions, the severity of his convictions, and the fact that he has been previously charged with the offense felon in possession of a firearm, there is probable cause to believe that JENNINGS is aware of his status as a convicted felon.

6.     On June 20, 2026, at approximately 8:20 p.m., Detroit Police officers dispatched to Chandler Park observed a Nissan Altima with front window tint parked illegally on the grass. As officers approached, the vehicle began to move as though it was trying to pull away from the officers, but it was blocked in by several cars. Officers saw two men inside the car appearing to be fighting for control of the car. Officers yelled for the occupants to stop the car.

7.     Officers opened the driver door and saw JENNINGS sitting halfway on top of the male in the driver's seat. Officers saw JENNINGS pulling and turning the steering wheel of the car and his feet near the gas pedal. Officers removed JENNINGS from the car.

8.     Officers handcuffed JENNINGS. While an officer was walking JENNINGS towards the scout car, JENNINGS pulled a firearm out of his right pocket and tossed it underneath another car. An officer watched JENNINGS toss the gun and immediately recovered it. The

firearm is a black Ruger LC9S.

9.    Officers queried JENNINGS in the Law Enforcement Information Network (LEIN) which revealed JENNINGS did not possess a valid State of Michigan concealed pistol license. Officers also queried the firearm in LEIN and learned it had been reported stolen on December 13, 2025.

10.    On June 26, 2026, I contacted ATF Interstate Nexus Expert Joshua McLean who was given a verbal description of the Ruger LC9S 9mm caliber pistol recovered on June 20, 2026. Agent McLean advised me the firearm was manufactured outside of the State of Michigan and therefore has traveled in and affected interstate commerce.

## CONCLUSION

11.     Probable cause exists to believe that on June 20, 2026, in the Eastern District of Michigan, Emari JENNINGS, a convicted felon aware of his felony convictions, did knowingly possess a Ruger LC9S, 9mm caliber handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Wallace Richards
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Kimberly Altman
United States Magistrate Judge

Dated:   June 29, 2026